UNIQUE FABRICS CORP., Respondent, v. WASHINGTON TRADING CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.